UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-80434-AMC

DANIEL LUGO,

        Plaintiff,

v.

SOUTH BEACH VACATIONS, LLC,

        Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by and through his undersigned counsel, hereby dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

s/Drew M. Levitt
DREW M. LEVITT
Florida Bar No. 782246
drewmlevitt@gmail.com
LEE D. SARKIN
Florida Bar No. 962848
LSarkin@aol.com
4700 N.W. Boca Raton Boulevard
Suite 302
Boca Raton, Florida 33431
Telephone (561) 994-6922
Attorneys for Plaintiff
