UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80434-CIV-CANNON

DANIEL LUGO,

       Plaintiff,

v.

SOUTH BEACH VACATIONS, LLC,

       Defendant.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal [ECF No. 4], filed on August 30, 2022.  Pursuant to Rule 41(a)(1)(A)(i), the notice of voluntary dismissal, filed by Plaintiff prior to Defendant serving an answer or motion for summary judgment, dismisses the case.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**, effective August 30, 2022, the date on which Plaintiff filed its notice of voluntary dismissal [ECF No. 4].

The Clerk of Court shall **CLOSE** this case.  All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 31st day of August 2022.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record